**Dismissed and Memorandum Opinion filed July 9, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00203-CV

## BRITTANY RAQUEL BURTON, INDIVIDUALLY, AND D/B/A KRB TAX PROFESSIONALS, Appellant

### V.

### LUCKY TAX AND NOTARY LLC, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2023-71877**

## MEMORANDUM OPINION

This appeal is from an order signed February 20, 2024. The clerk's record was filed April 29, 2024. The court reporter informed this court that appellant has not paid for the reporter's record. On March 22, 2024, we notified appellant that unless appellant paid or made arrangements for the reporter's record within 15 days, this court would consider and decide those issues or points that do not require a reporter's record. Appellant did not respond.

On May 23, 2024, we issued an order stating that unless appellant filed a brief within 30 days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.